**FILED: 11/17/11**

**JS - 6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

*Jerald J. Romano, et al.*,

        **Plaintiffs**,

        v.

*Wells Fargo Bank National Association, et al.*,

        **Defendants.**

**CASE NO. CV 11-4989-GHK (Ex)**

**JUDGMENT**

Pursuant to the Court's November 17, 2011 Order, IT IS HEREBY ADJUDGED that Plaintiffs Jerald J. Romano, Charles Orr, and Reba M. Orr's ("Plaintiffs") claims against Wells Fargo Bank National Association and Wachovia Commercial Mortgage, Inc. are **DISMISSED with prejudice**. Plaintiffs shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: November 17, 2011

_____
GEORGE H. KING
United States District Judge